# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00720-CR

### The State of Texas, Appellant

### v.

### Nicholas Alan McIntyre, Appellee

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 62,354, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING

Appellant, The State of Texas, and appellee, Nicholas Alan McIntyre, have filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Agreed Motion

Filed: May 2, 2002

Do Not Publish